IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**PERRY HILES AND WIFE, JANICE HILES,**                                       **PLAINTIFFS**

**VS.**                                     **CIVIL ACTION NO. 3:06cv21TSL-AGN**

**PAN-AMERICAN LIFE INSURANCE COMPANY,**                            **DEFENDANTS**
**LIFEGUARD BENEFIT SERVICES, INC.,**
**NEW HEALTH CARE MANAGEMENT GROUP,**
**PPO AMERICA, ABC, DEF AND GHI**

### AGREED ORDER OF REMAND

Being advised that all parties agree to remand of the above-referenced action to the Circuit Court of Smith County, Mississippi, the Court orders that this action should be, and hereby is, remanded to the Circuit Court of Smith County, Mississippi.  Each party is to bear his, her and its own costs.

**SO ORDERED AND ADJUDGED,** this the 27th day of April, 2006.

/s/ Tom S. Lee
**UNITED STATES DISTRICT JUDGE**

**AGREED TO AND APPROVED BY:**

 s/Diala H. Chaney
Kelly D. Simpkins (MSB # 9028)
Diala H. Chaney (MSB # 101472)
WELLS MARBLE & HURST, PLLC
317 East Capitol Street
600 Lamar Life Building
Post Office Box 131
Jackson, Mississippi 39205-0131
(601) 355-8321

**ATTORNEYS FOR PAN-AMERICAN LIFE INSURANCE COMPANY**

 s/Monte Barton, Jr.
Monte Barton, Jr. (MSB # 2095)

COPELAND COOK TAYLOR & BUSH
P.O. Box 6020
Ridgeland, MS 39158-6020

**ATTORNEY FOR LIFEGUARD BENEFIT SERVICES, INC.**

 S/Mark Tullos
Mark Tullos
P.O. Box 505
Raleigh, Mississippi 39153

**ATTORNEY FOR THE PLAINTIFFS**